No counsel marked for either party.

Per curiam. Appeal dismissed.

---

### ERWIN V. BURDINE.

(Decided January 30, 1912.)

APPEAL from Madison Law and Equity Court.

Heard before Hon. TANCRED BETTS.

SPRAGINS & SPEAKE, for appellant. COOPER & COOPER, for appellee.

Per curiam. Dismissed on motion of appellee.

---

### EX PARTE L. & N. R. R. CO.

(Decided December 19, 1911.)

Original petition in Supreme Court.

MILTON A. RABB, and JONES, FOSTER & FIELDS, for petitioner. C. E. HAMILTON, and N. R. LEIGH, for appellee.

Per curiam. Dismissed on motion of petitioner.

---

### HARDEMAN V. COLE.

(Decided November 21, 1911.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

L. A. SANDERSON, for appellant. No counsel marked for appellee.

Per curiam. Dismissed for want of prosecution.

---

### HARMON, ET AL. V. CROSWELL, ET AL.

(Decided January 30, 1912.)

APPEAL from Pike Chancery Court.

Heard before Hon. L. D. GARDNER.

FOSTER, SAMFORD & CARROLL, for appellant. JOHN H. WILKERSON, for appellee.

MAYFIELD, J.—Affirmed. All the Justices concurring.